AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Daniel Broome, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:19-cv-00236-MGL |
| P&T Transport, LLC, and Aliaksandr Mikhalevich, Individually and as an agent of P&T Transport, LLC, | ) ) ) |
| *Defendants* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, Daniel Broome, recover from the defendants, P&T Transport, LLC, and Aliaksandr Mikhalevich, Individually and as an agent of P&T Transport, LLC, the amount of One Million and 00/100 dollars ($1,000,000.00), plus postjudgment interest at the rate of .16 %.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❐ other:

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having heard and granted the plaintiff's request for default judgment.

Date:   May 28, 2020                                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                          s/Charles L. Bruorton
                                                                                                *Signature of Clerk or Deputy Clerk*